UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARK L. BYRD, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | Case No. 4:07-CV-1060 (JCH) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM

The matter is before the Court on Movant's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 ("§ 2255 Motion"). In his motion, Movant claims that he received ineffective assistance of counsel when his trial counsel failed to file a motion to suppress evidence. (§ 2255 Motion, Doc. No. 1 at p. 4). In Response, the Government filed an affidavit from his counsel stating that he believed a motion to suppress would be unsuccessful. (Counsel's Aff., Doc. No. 6 at ¶ 7). Counsel made this decision by reviewing all the material in the Government's "open file," which included all investigative reports. (Id. at ¶ 6). After reviewing this affidavit, the Court believes that it would benefit greatly from reviewing the investigative reports, as well as any other evidentiary materials, that Counsel used to determine that a motion to suppress would be unsuccessful.

Accordingly,

**IT IS HEREBY ORDERED** that Respondent shall file a copy of the relevant discovery materials used by Counsel to determine that a motion to suppress would be unsuccessful no later

1

than **Monday July 7, 2008.**

Dated this  23rd  day of June, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE